■ ANN COMERY et al., Respondents, v ROSEMARY LUKAWSKI, Appellant. —In an action, *inter alia,* to set aside a deed, the defendant appeals from stated portions of a judgment of the Supreme Court, Richmond County, dated October 13, 1976, which, after a nonjury trial, *inter alia,* (1) declared the deed to be null and void and (2) directed her to render a full accounting.

Judgment reversed insofar as appealed from, on the law and the facts, with costs, and complaint dismissed. The record does not establish any grounds which would warrant granting the plaintiffs-respondents the relief sought in the complaint, or that given them by the court. Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.